```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WILSON,                       :    CIVIL ACTION
                                    :    NO. 12-4489
         Petitioner,                :
                                    :
    v.                              :
                                    :
PENNSYLVANIA BOARD OF PROBATION     :
AND PAROLE, et al.,                 :
                                    :
         Respondents.               :
```

### O R D E R

**AND NOW**, this **12th** day of **April, 2013**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 11) is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 14) are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) Petitioner's Motion to Expand the Record (ECF No. 12) is **DENIED**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,       J**